UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff/Respondent, § | |
| § | |
| vs. § | CRIM. NO. H-06-89-05 |
| § | |
| § | |
| ERIC VASQUEZ, § | |
| § | |
| Defendant/Petitioner. § | |

**ORDER**

The Court has considered the Government's Response and Motion to Dismiss Eric Vasquez's Motion For New Trial Pursuant to Federal Rule Of Criminal Procedure, Rule 33. The Court finds that the Government's Response and Motion to Dismiss is Meritorious. It is,

**ORDERED** that the Government's Motion for Dismissal is **GRANTED.** It is further, **ORDERED** that Defendant, Eric Vasquez's Motion For New Trial is **DENIED** and **DISMISSED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston , Texas, this ___ , day of _____ , 2009.

_____
**MELINDA HARMON**
**UNITED STATES DISTRICT JUDGE**