MARK JAY ALLEN
Reg. No. 94789-071
P.O. Box 8500
Florence, Colorado 81226

United States Courts
Southern District of Texas
FILED

JUN 27 2011



June 22, 2011

Clerk, U.S. District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

Re: U.S. v. Eric Vasquez
    Civil No. H-10-1392

Dear clerk:

I request to purchase a copy of document #210 filed in the above entitled matter.

Please kindly advise me how to expedite my request.

Sincerely,
Mark J. Allen

Legal Mail

Name: MARK Jay ALLEN
REG. NO: 94789071
U.S. PENITENTIARY MAX
P.O. Box 8500 G-23-11
Florence, CO 81226-8500

United States Courts
Southern District of Texas
FILED
JUN 27 2011

Office of the Clerk
United States District Court
Southern District of Texas
PO Box 61010
Houston, Texas
77208

COLORADO SPRINGS CO 809 IT
24 JUN 2011 PM

